In the Matter of the Accounting of ETHEL M. SAMUELS, as Executrix of HARRY H. SAMUELS, Deceased, Respondent-Appellant. JOHN MARELLA, Appellant-Respondent.—

Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ., concur. [9 Misc 2d 909.] [See *post*, p. 701.]